IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1266-RWS |
| vs. | § § § | |
| THE WALT DISNEY COMPANY | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Defendant The Walt Disney Company and Plaintiff Rothschild Broadcast Distribution Systems, LLC's Joint Motions to Substitute Parties and for Extension of Time. After consideration of the same, the Court finds that they should be GRANTED.

IT IS THEREFORE ORDERED that The Walt Disney Company is hereby dismissed without prejudice and ABC, Inc. d/b/a Disney Movies Anywhere shall be substituted as a defendant in these actions.

IT IS ALSO THEREFORE ORDERED that ABC, Inc. d/b/a Disney Movies Anywhere and RBDS' Joint Motion to Extend Time to Answer or Otherwise Respond to the Original Complaint of RBDS is hereby granted. Defendant's time to answer or otherwise respond to the Complaint is hereby extended up to and including March 8, 2017.

**SIGNED this 8th day of February, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE