## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:16-cv-1261-RWS |
| vs. | § § | LEAD CASE |
| BEACHBODY, LLC | § § | |
| Defendant. | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-1266-RWS |
| vs. | § § | CONSOLIDATED CASE |
| ABC, INC. | § § | |
| Defendant. | § § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant ABC, Inc. are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

SIGNED this 6th day of April, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE